# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| Case No.: | 09-33787 |
| Judge: | Susan V. Kelley |
| Chapter: | Chapter 13 |

In Re: Todd C Leeser

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Geraci Law, LLC, Attorneys for the Debtor, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Ave., Rm. 126
Milwaukee, WI 53202

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 450276
Notice and Request to Modify Chapter 13 Plan

| United States Trustee | Mary B. Grossman |
|---|---|
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Todd C Leeser |
| Andrew M. Golanowski | |
| 2505 N. Mayfair Rd. #101 | 409 W State St |
| Wauwatosa, WI 53226 | Burlington, WI 53105 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor, through his Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. ___X___ post-confirmation

   B. _____ pre-confirmation (Select i. or ii.);

   i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

   ii. __X___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to provide for missed payments due to temporary reduced work hours.

5. Select A. or B.

   A. ___X___ The confirmed Chapter 13 Plan is modified as follows: Debtor was on reduced hours due to lack of work. Debtor will resume payments to the Trustee in March 2013, at $1,445 per month. Allowed general unsecured claims shall still receive not less than 100% of their claims.

   B. _____ The unconfirmed Chapter 13 Plan is modified as follows:

   C. All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Saturday, February 16, 2013.

> By: */s/ Andrew M. Golanowski*
> Andrew M. Golanowski
> Attorney for Debtor
> Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
|  | Case No.: 09-33787 |
|  | Judge: Susan V. Kelley |
|  | Chapter: Chapter 13 |
| In Re: Todd C Leeser |  |

### CERTIFICATE OF SERVICE

     The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Saturday, February 16, 2013:

Todd Leeser            **SEE ATTACHED LIST**
409 W State St
Burlington, WI 53105

     Additionally, the documents referenced above were also served via electronic means on the following individuals on Saturday, February 16, 2013:

| United States Trustee | Mary B. Grossman |
|---|---|
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Saturday, February 16, 2013.

                                           By:  /s/ Andrew M. Golanowski
                                                   Andrew M. Golanowski
                                                   Attorney of the Debtor
                                                   Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 450276
Notice and Request to Modify Chapter 13 Plan

Guaranty Bank
Attn: Bankruptcy Dept.
21731 Ventura Blvd
Woodland Hills, CA  91364

BAC Home Loans Servicing
Attn: Bankruptcy Dept.
450 American St
Simi Valley, CA  93065

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept.
8480 Stagecoach Cir
Frederick, MD  21701

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA  30374

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX  75013

TransUnion
Attn: Bankruptcy Dept.
P.O. Box 1000
Chester, PA  19022

Citgo/CBSD
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls, SD  57117

Amex
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale, FL  33329

HSBC/Polaris
Attn: Bankruptcy Dept.
90 Christiana Rd
New Castle, DE  19720

Discover
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington, DE  19850

Bank of America
Attn: Bankruptcy Dept.
Pob 17054
Wilmington, DE  19884

Chase
Attn: Bankruptcy Dept.
800 Brooksedge Blvd
Westerville, OH  43081

Chase
Attn: Bankruptcy Dept.
800 Brooksedge Blvd
Westerville, OH  43081

MB Financial Bank
Attn: Bankruptcy Dept.
1200 N Ashland Ave
Chicago, IL  60622

Wisconsin Dept. of Revenue
Bankruptcy Notice
2135 Rimrock Road
Madison, WI  53713